In the Matter of the Arbitration between JOSEPH ERMOLIEFF, Appellant, and

* Affd., 250 N. Y. 577.

Selman Liss, Respondent.— Order modified by striking out the provision for the appointment of a referee and remitting the matter to the Special Term to determine the issue of fraud, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.